IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ZACHERY LEWIS                                                                                               PLAINTIFF

VS.                                        CASE NO. 15-CV-4086

JAMES SINGLETON;
ORLANDO DENNIS; and
CECILIA BLAND                                                                                             DEFENDANTS

**ORDER**

      Before the Court is the Report and Recommendation filed June 1, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 25). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 20) be granted in part and denied in part. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).[1] Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion for Summary Judgment (ECF No. 20) is hereby **GRANTED in part** and **DENIED in part**. The motion is granted with respect to all claims against Defendant Singleton and the claim of excessive force against Defendants Dennis and Bland. These claims are dismissed with prejudice. The motion is denied as to the denial of medical care claim against Defendant Bland. The only claim remaining in this case is Plaintiff's denial of medical care claim against Defendant Bland.

      **IT IS SO ORDERED**, this 9th day of August, 2016.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge

---

[1] On June 30, 2016, after the time to file objections had passed, Plaintiff requested an extension of time to file objections. (ECF No. 26). The motion was granted and Plaintiff was given until July 25, 2016 to file objections. (ECF No. 27). To date, no objections have been filed.