IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ZACHERY LEWIS                                                                                          PLAINTIFF

v.                              Civil No. 4:15-cv-04086

CECILIA BLAND                                                                                       DEFENDANTS

## ORDER

Plaintiff Zachery Lewis proceeds in this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983.  The Clerk of the Court received returned mail sent to Plaintiff's address of record – Varner Unit, P.O. Box 600, Grady, AR 71644-0600 - on August 17, 2016.  The returned mail was marked "Paroled. Unable to forward."

Based on the Court's own research it determined Plaintiff's new address to be 316 Eastridge Drive, Hope, AR 71801-6077.  A Text Only Order Regarding Change of Address for Plaintiff was entered on the Court's docket on August 17, 2016 and mailed to Plaintiff.  This Order reminded Plaintiff that failure to keep the Court apprised of a valid current address would result in dismissal of this case.  Plaintiff has not communicated with the Court since June 30, 2016.  ECF No. 26.

**Plaintiff is DIRECTED to communicate with the Court by January 17, 2016, as to whether he intends to proceed with this case.  If Plaintiff fails to respond to this Order by January 17, 2016, this case will be subject to dismissal.**

**IT IS SO ORDERED** this 15th day of December 2016.

                                                            /s/ Barry A. Bryant_____
                                                            HON. BARRY A. BRYANT
                                                            UNITED STATES MAGISTRATE JUDGE